COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, AtLee and Senior Judge Clements

JAMES STONE

v.      Record No. 1048-15-4

SKYLINE AUTOMOTIVE, INC. AND
  ACCIDENT FUND NATIONAL INSURANCE COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
OCTOBER 20, 2015

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(David B. Vermont; Ashcraft & Gerel, LLP, on brief), for appellant.

(Brandi R. Howell; Franklin & Prokopik, P.C., on brief), for appellees.

James Stone appeals a decision of the Workers' Compensation Commission finding that (a) his claim was not timely and thus barred by the statute of limitations, and (b) his neck condition was not related to the original compensable accident because the medical records showed he complained of neck pain, the treating orthopedist testified the neck injury was masked by the shoulder injuries, and the treating neck specialist opined the neck injury was related to the original claim. We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Stone v. Skyline Auto., Inc., VWC File No. VA00000262486 (June 2, 2015). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.